IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

CANDACE BUSH,                  )
                               )
            Plaintiff,         )
                               )
      v.                       )    No.  11 C 9188
                               )
STARBUCKS CORPORATION,         )
                               )
            Defendant.         )

                         MEMORANDUM ORDER

   Starbucks Corporation ("Starbucks") has filed its Answer and Defenses ("ADs") to the ADA action brought against it by Candace Bush. This sua sponte memorandum opinion and order addresses a repeatedly occurring problematic aspect of that responsive pleading.

   Many of the Answer's responses (Answer ¶¶3, 6, 8, 9, 12, 15, 21 and 23) follow an invocation of the disclaimer of some of Bush's allegations--a disclaimer that tracks the language of Fed. R. Civ. P. 8(b)(5)--by stating that Starbucks "therefore, denies them." This Court has had to deal with distressing frequency with the oxymoronic nature of such a combination--indeed, as chance would have it, Starbucks' counsel has been tagged with one of this Court's opinions on the subject so recently in another case that counsel have noticed up a motion for presentment on January 25 in which they seek leave to file an Amended Answer to cure that flaw.

   There is no need for counsel to spend their time (for which

this Court would require that they not bill the client) for that purpose.  Instead the quoted phrase is simply stricken from each of the cited paragraphs of the Answer.  This action remains set for a February 28 status hearing.

                                     _____
                                     Milton I. Shadur
                                     Senior United States District Judge

Date:  January 23, 2012