**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CANDACE BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-9188 |
| ) | |
| STARBUCKS CORPORATION ) | Judge Milton I. Shadur |
| Defendant. ) | |
| ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Candace Bush, and Defendant, Starbucks Corporation, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that this action is dismissed with prejudice. Each party shall bear its own cost and attorney's fees.

| | |
|---|---|
| _/s/ Alex R. Thiersch<br>Attorney for Plaintiff Candace Bush<br>Alex R. Thiersch<br>Thiersch & Associates<br>180 N. LaSalle, Suite 3700<br>Chicago, IL 60601<br>(312) 981-0990 | _/s/ Timothy A. Wolfe<br>Attorney for Defendant Starbucks Corporation<br>Mr. Timothy A. Wolfe<br>Meckler Bulger Tilson Marick & Pearson<br>123 N. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |